TODD F. STEVENS (SBN 137842)
MARY M. BEST (SBN 110220)
**KEENEY WAITE & STEVENS**
A Professional Corporation
402 West Broadway, Suite 1820
San Diego, CA 92101
Telephone:   (619) 238-1661
Facsimile:    (619) 231-1897

Attorneys for Defendant CHASE BANK USA, N.A.
(incorrectly named herein as JPMORGAN CHASE BANK, INC.)

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. DOAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, INC. AND DOES 1 THROUGH 10,<br><br>　　　　Defendants. | Case No. 08 CV 0031 LAB BLM<br><br>**DEFENDANT CHASE BANK'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Date:　　April 14, 2008<br>Time:　　11:15 a.m.<br>Courtroom: 9<br><br>Judge:　　The Hon. Larry A. Burns<br>Trial:　　None Set |

TO PLAINTIFF MICHAEL G. DOAN AND TO HIS ATTORNEYS OR RECORD:

PLEASE TAKE NOTICE that on April 14, 2008, at 11:15 a.m., or as soon thereafter as the matter may be heard in Courtroom 9 of the above-entitled Court, located at 940 Front Street, San Diego, California, Defendant CHASE BANK USA, N.A. will, and hereby does, move the Court to compel binding arbitration of this matter pursuant to 9 U.S.C. Section 4 on the ground that the parties hereto agreed in writing that the issues raised in this action would be arbitrated and no other, nonarbitrable claims are raised in this action.

/ / /

/ / /

/ / /

/ / /

/ / /

1

2   This motion will be based on this Notice of Motion, the Petition, the Memorandum of Points
3   and Authorities, the Declarations of Donna Barrett and Todd F. Stevens, the pleadings, records and
4   papers filed herein, and such other and further oral and documentary evidence and legal memoranda
5   as may be presented at or by the hearing on the Motion.

Dated:    March 4, 2008            **KEENEY WAITE & STEVENS**
                                    A Professional Corporation

                                    By: /s/ Todd F. Stevens
                                    Todd F. Stevens
                                    Attorneys for Defendant
                                    CHASE BANK USA, N.A.