TODD F. STEVENS (SBN 137842)
MARY M. BEST (SBN 110220)
**KEENEY WAITE & STEVENS**
A Professional Corporation
402 West Broadway, Suite 1820
San Diego, CA 92101
Telephone: (619) 238-1661
Facsimile: (619) 231-1897

Attorneys for Defendant CHASE BANK USA, N.A.
(incorrectly named herein as JPMORGAN CHASE BANK, INC.)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. DOAN,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, INC. AND DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 08 CV 0031 LAB BLM<br><br>**DECLARATION OF TODD F. STEVENS IN SUPPORT OF PETITION FOR ORDER COMPELLING ARBITRATION**<br><br>Date: April 14, 2008<br>Time: 11:15 a.m.<br>Courtroom: 9<br>Judge: The Hon. Larry A. Burns<br><br>TRIAL: None Set |

I, Todd F. Stevens, declare:

1. I am an attorney duly licensed to practice law in the State of California and am a shareholder in the law firm of Keeney Waite & Stevens, attorneys of record for Defendant CHASE BANK USA, N.A. ("Chase"). I make this declaration from my own personal knowledge and if called upon to testify I would competently testify to the facts contained herein.

2. Attached as Exhibit E is a true and correct copy of a letter sent by an attorney in my office to Plaintiff's counsel requesting that this matter be submitted to arbitration.

3. Attached as Exhibit F is an e-mail my office received from Plaintiff's counsel in response to our request that Plaintiff submit this dispute to arbitration.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct and executed this 4th day of March, 2008.

_____
Todd F. Stevens

---

1

TODD STEVENS DECLARATION IN SUPPORT OF PETITION TO COMPEL ARBITRATION
08 CV 0031 LAB BLM

EXHIBIT "E"

## KEENEY WAITE & STEVENS
A PROFESSIONAL LAW CORPORATION
402 WEST BROADWAY, SUITE 1820  SAN DIEGO, CA 92101
TELEPHONE (619) 238-1661  FACSIMILE (619) 231-1897

www.keenlaw.com

WRITER'S E-MAIL
MBEST@KEENLAW.COM

WRITER'S DIRECT DIAL NUMBER
(619) 238-4751

SOLANA BEACH OFFICE
THE KARMA BUILDING
125 NORTH ACACIA AVENUE, SUITE 101
SOLANA BEACH, CA 92075
TELEPHONE (858) 523-2130
FACSIMILE (858) 523-2135

February 14, 2008
VIA U.S. MAIL AND FACSIMILE

Kenneth L. Andrews
Doan, Levinson & Liljegren, LLP
2850 Pio Pico Drive, Suite. D
Carlsbad, CA  92008

Fax: (760) 720-6082

Re:   Doan v. JPMorgan Chase
      U.S. District Court, Southern District, Case No. 08-CV-0031-J-BLM

Dear Mr. Andrews:

I will be assisting Todd F. Stevens in the above litigation. This letter is to request that you voluntarily agree to binding arbitration of this dispute. Your client's cardholder agreement requires arbitration at JAMS. I would suggest that we use the JAMS facility here in San Diego as there are many qualified arbitrators on their panel.

Please let me know your decision no later than February 18th. I will move the court to send the matter to arbitration if that is necessary.

Very truly yours,

KEENEY WAITE & STEVENS

Mary Best

Mary M. Best

EXHIBIT "F"

**Mary Best**

**From:** Kennneth Andrews [ken@doanlaw.com]
**Sent:** Tuesday, February 26, 2008 6:32 PM
**To:** Mary Best
**Subject:** Doan v. Chase

Ms. Best:

I received you letter where your client proposes arbitration. Please note that we would oppose arbitration for the following reasons:

1) Any arbitration provision, if one exists, would be objectively unconscionable and arising from an adhesion contract.
2) These claims are statutory claims, serve public policy, are are not arbitratabe as matter of law.
3) You will note that under 1788.33, any waiver of RFDCPA is void and unenforceable. Accordingly, my client can not waive the right to an "individual action" in a court of law under 1788.30(a) because you client seeks arbitration on a discharged debt.(please see SECTION 1. The Legislature finds and declares all of the following:
   (a) This act is declaratory of existing law.
   (b) This act may not be applied or construed to alter or diminish the principle expressed in Section 3513 of the Civil Code that a law established for a public reason cannot be contravened by a private agreement. )4)   Certainly, if your client shot or killed my client in an attempt to collect the debt, the matter would not be arbitrated. This simply shows the absurdity of attempting to assert an arbitration provision

There are many other arguments against arbitration in the instant case as well, such as recent case law here in the Southern District Federal Court, but the forgoing sets forth some of the more common reasons.

I believe there is a CCP998 offer on the table which is presently less than total atty fees, statutory fees, costs, and actual damages. Accordingly, it was sent solely to show the debtor's good faith attempts to resolve this case prior to heavy litigation, which typically only increases the total attorney fees.

I look forward to your client's reply.

Thanks

Sincerely,

Kenneth Andrews, Esq.


No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.21.1/1299 - Release Date: 2/26/2008 9:08 AM


No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.21.1/1299 - Release Date: 2/26/2008 9:08 AM

2/27/2008