TODD F. STEVENS (SBN 137842)
MARY M. BEST (SBN 110220)
**KEENEY WAITE & STEVENS**
A Professional Corporation
402 West Broadway, Suite 1820
San Diego, CA 92101
Telephone:    (619) 238-1661
Facsimile:    (619) 231-1897

Attorneys for Defendant CHASE BANK USA, N.A.
(incorrectly named herein as JPMORGAN CHASE BANK, INC.)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. DOAN,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, INC. AND DOES 1 THROUGH 10,<br><br>    Defendants. | Case No. 08 CV 0031 LAB BLM<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**<br><br>JUDGE:  The Hon. Larry A. Burns<br>TRIAL:  None Set |

Pursuant to Federal Rule of Civil Procedure 7.1 the undersigned, counsel for Defendant CHASE BANK USA, N.A. certifies that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

 1.   Chase Bank USA, N.A.

 2.   JPMorgan Chase & Co.

Dated:   March 4, 2008

**KEENEY WAITE & STEVENS**
A Professional Corporation

By: /s/ Todd F. Stevens
Todd F. Stevens
Attorneys for Defendant
CHASE BANK USA, N.A.