**PROOF OF SERVICE**

Case Title:     *Michael G. Doan v. JPMorgan Chase BanK, Inc.*
Case No.:       United States District Court, Southern District of California No. 08 CV 0031 LAB BLM

I, Linda K. Parr, declare that I am over the age of eighteen years, and not a party to the action; I am employed in the County of San Diego, California, within which county the subject mailing occurred; my business address is 550 West "C" Street, Suite 1550, San Diego, California 92101.

On March 5, 2008, I served the following document(s):

**DEFENDANT CHASE BANK'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION; PETITION FOR ORDER COMPELLING ARBITRATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL ARBITRATION; DECLARATION OF TODD F. STEVENS IN SUPPORT OF PETITION FOR ORDER COMPELLING ARBITRATION; DECLARATION IN SUPPORT OF CHASE BANK USA, N.A.'s MOTION TO COMPEL ARBITRATION**

Said document(s) was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below:

SEE ATTACHED SERVICE LIST

I am familiar with Keeney Waite & Stevens' practice for collection and processing correspondence and deposited the foregoing documents as indicated below:

_____ (By Mail) I deposited such envelope with the United States Postal Service pursuant to which practice all correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business at San Diego, California. The envelope was mailed with postage thereon fully prepaid.

_____ (By Facsimile) In addition to regular mail, this document(s) was sent via facsimile to the fax number listed in compliance with California Rules of Court, Rules 2003(3) and 2005(i) and a copy of the transmission report is attached.

\_\_\_✓\_\_\_\_\_ (By CM/ECF) through the United States District Court, Southern District of California with the NEF File Nos. 2456750-0 and 2456866-0.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 5, 2008, at San Diego, California.

*/s/ Linda K. Parr*
Linda K. Parr

---

1
PROOF OF SERVICE

Case Title: *Michael G. Doan v. JPMorgan Chase Bank, USA, N.A.*
Case No.: United States District Court, Southern District of California No. 08 CV 0031 LAB BLM

## SERVICE LIST

| Kenneth L. Andrews<br>DOAN LAW FIRM<br>2850 Pio Pico Drive, Suite D<br>Carlsbad, CA 92008<br>760-450-3333<br>Attorney for Plaintiff | |