KENNETH L. ANDREWS, SBN 175740
DOAN LAW FIRM, LLP
2850 PIO PICO DRIVE, SUITE D
CARLSBAD, CALIFORNIA 92008
(760) 450-3333 TELEPHONE
ken@dllfirm.com

ATTORNEYS FOR PLAINTIFF
Michael G. Doan

**NUNC PRO TUNC**
MAR 21 2008

FILED
08 MAR 24 AM 8:31
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES FEDERAL COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael G. Doan,<br><br>Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, Inc., and Does 1 through 10 Inclusive,<br><br>Defendants. | CASE NO.: 08 CV 0031 LAB BLM<br><br>**DECLARATION OF MICHAEL DOAN IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL ARBITRATION**<br><br>Date 4/14/08<br>Time 11:15 am<br>Rm 9<br>Judge Larry Burns |

I, Michael G. Doan, declrare as follows:

1. I am over the age of 18, competant to make this declaration, and am the Plaintiff in the above entitled matter.
2. I have personal knowledge of the matters set forth herein.
3. I was issued a credit card, of which concerns the account in question, in 2002.
4. I may have signed an initial application to qualify for the account and which allowed my credit to be pulled.
5. I never signed any contract with JPMorgan Chase Bank, Inc. ("CHASE") after the

1. application on the account.
6. I never agreed to any arbitration agreement with CHASE on the account.
7. I never executed any arbitration agreement with my signature with CHASE on the account.
8. I never knew there was an arbitration agreement on the account.
9. Had I known there was an arbitration provision, I would have rejected the same.
10. I have never seen any of the exhibits of Donna Barrett prior to receiving the same in this motion to compel arbitration.
11. I have never received any "alleged amendment" on the account as alleged in the Declaration of Donna Barrett.
12. I was never aware that Delaware Law controlled the account.
13. I never executed any documents agreeing to allow Delaware Law control the account.
14. I have lived in California since 1969, and as a matter of policy, I would never execute any document to allow Delaware Law control the account.
15. While CHASE claims to have mailed me certain documents and likewise claims to have never received any return items from me, I do not believe this statement whatsoever.
16. The bulk of the instant lawsuit arises from CHASE failing to process documents on my account, all of which were transmitted by US Mail. Indeed, CHASE refused to stop communicating with me despite six (6) letters sent to CHASE by my attorney and a settlement by way of accord and satisfaction.
17. Even after the filing and receipt of this lawsuit, CHASE continued to fail to notify all three credit bureaus that the subject account was disputed.
18.

I declare under penalty of perjury and under the laws of the United States of America that the forgoing is true and correct, and executed this 21st day of March, 2008.

MICHAEL G. DOAN