**NUNC PRO TUNC**
MAR 21 2008

1. PROOF OF SERVICE BY MAIL (CCP 1013a(1), 2015.5)

2. I, the undersigned, say: I am a citizen of the United States, over the age of eighteen years and not a

3. party to the within action; my business address is 2850 Pio Pico Drive, Suite D, Carlsbad, CA 92008.

FILED
08 MAR 24 AM 8:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

5. I served a copy of the attached, OPPOSITION TO MOTION TO COMPEL ARBITRATION AND

6. DECLARATION OF MICHAEL DOAN IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL

7. ARBITRATION on each of the following:

9. TODD F. STEVENS
KEENEY WAITE & STEVENS
10. 402 West Broadway, Suite 1820
San Diego CA 92101

12. by placing true copies in envelopes addressed to said persons at their respective addresses, which

13. envelopes were then sealed and postage fully prepaid thereon, and thereafter were deposited in the

14. United States mail at Carlsbad, California on March 21, 2008

16. I certify, under penalty or perjury, that the foregoing is true and correct.

18. DATED  3/21/08

Angelica B. Gonzalez