1  TODD F. STEVENS (SBN 137842)
   MARY M. BEST (SBN 110220)
2  **KEENEY WAITE & STEVENS**
   A Professional Corporation
3  402 West Broadway, Suite 1820
   San Diego, CA 92101
4  Telephone: (619) 238-1661
   Facsimile: (619) 231-1897
5

6  Attorneys for Defendant CHASE BANK USA, N.A.
   (INCORRECTLY NAMED HEREIN AS JPMORGAN CHASE BANK, INC.)
7

8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10

| MICHAEL G. DOAN, | Case No. 08 CV 0031 LAB BLM |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Date: April 14, 2008 |
| JPMORGAN CHASE BANK, INC. AND DOES 1 THROUGH 10, | Time: 11:15 a.m.<br>Courtroom: 9 |
| Defendants. | Judge: The Hon. Larry A. Burns<br>Trial: None Set |

17    I, Linda K. Parr, declare that I am over the age of eighteen years, and not a party to the
18 action; I am employed in the County of San Diego, California, within which county the subject
19 mailing occurred; my business address is 550 West "C" Street, Suite 1550, San Diego, California
20 92101.
21    On April 4, 2008, I served the following document(s):
22 CHASE BANK USA, N.A.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES
   IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND STAY ACTION;
23 REPLY DECLARATION OF TODD F. STEVENS IN SUPPORT OF CHASE BANK USA,
   N.A.'S PETITION TO COMPEL ARBITRATION
24
25    Said document(s) was served on the interested party or parties in this action by placing
26 a true copy thereof, enclosed in a sealed envelope, and addressed as noted below:
27                    **SEE ATTACHED SERVICE LIST**
28

---
1
PROOF OF SERVICE

08 CV 0031 LAB BLM

1 | I am familiar with Keeney Waite & Stevens' practice for collection and processing
2 | correspondence and deposited the foregoing documents as indicated below:

3 | _____ (By Mail) I deposited such envelope with the United States Postal Service pursuant to which practice all correspondence will be deposited with the United States Postal Service the same
4 | day in the ordinary course of business at San Diego, California. The envelope was mailed with postage thereon fully prepaid.

5 |

_____ (By Facsimile) In addition to regular mail, this document(s) was sent via facsimile to the
6 | fax number listed in compliance with California Rules of Court, Rules 2003(3) and 2005(i) and a copy of the transmission report is attached.

7 |

✓ (By CM/ECF) through the United States District Court, Southern District of California
8 | with the NEF File No. 2456922-0.

9 | I declare under penalty of perjury under the laws of the State of California that the foregoing
10 | is true and correct. Executed on April 4, 2008, at San Diego, California.

11 |
12 | *Linda K. Parr* (signature)
   | Linda K. Parr

Case Title:  *Michael G. Doan v. JPMorgan Chase Bank, USA, N.A.*
Case No.:    United States District Court, Southern District of California No. 08 CV 0031 LAB BLM

## SERVICE LIST

| | |
|---|---|
| Kenneth L. Andrews<br>DOAN LAW FIRM<br>2850 Pio Pico Drive, Suite D<br>Carlsbad, CA 92008<br>760-450-3333<br>Attorneys for Plaintiff | |