## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: Doan v. JPMorgan Chase Bank          Case No: 08cv0031-LAB (BLM)

HON. Larry A. Burns          CT. DEPUTY          Rptr.

Present

Plaintiff(s):      No appearance.

Defendant(s):   No appearance.

The hearing on Defendant's motion to compel arbitration currently on calendar for Monday, April 14, 2008 at 11:15 a.m. is hereby **CONTINUED** to Monday, April 28, 2008 at 2:30 p.m.

DATED: April 8, 2008

IT IS SO ORDERED.

_____
**Honorable Larry Alan Burns**
United States District Judge